UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TACUMA JAWANZA M'WANZA, | CASE NO.: 3:15-CV-00301-RCJ-VPC |
| Plaintiff, | |
| v. | O R D E R |
| CORRECTIONAL OFFICER GREEN, *et al.,* | |
| Defendants. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #29) entered on July 8, 2016, in which the Magistrate Judge recommends the Court grant Baker's Motion to Strike Plaintiff's Supplement (ECF #20) and Motion for Summary Judgment (ECF #14). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #29).

IT IS HEREBY ORDERED that the Motion to Strike Plaintiff's Supplement (ECF #20 is GRANTED.

IT IS FURTHER ORDERED that Baker's Motion for summary Judgment (ECF #14) is GRANTED.  The Clerk shall enter judgment accordingly.

IT IS SO ORDERED this 24th day of August, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE