AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF   NEVADA

TACUMA J. MWANZA,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.

                                    CASE NUMBER: **3:15-cv-00301-RCJ-VPC**

GREEN, et al.,

    Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Baker's Motion for summary Judgment (ECF #14) is **granted.**

August 25, 2016                                                        **LANCE S. WILSON**
                                                                                           Clerk

                                                                                /s/ K. Rusin
                                                                                Deputy Clerk