UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| TACUMA M'WANZA, | ) | 3:15-CV-0301-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 26, 2017 |
| | ) | |
| C/O GREEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defense counsel was granted a lengthy extension of time of thirty additional days to file a dispositive motion (ECF No. 39) because defense counsel was on a trip out of the country (ECF No. 38). Despite being granted that generous extension of time, defendants have filed a motion for reconsideration of the court's order (ECF No. 46) granting plaintiff an eighteen-day extension of time to file an opposition (ECF No. 48). Defendants' motion for reconsideration of order granting plaintiff's motion for extension of time (ECF No. 48) is **DENIED**.

This court prefers to resolve cases on their merits and routinely grants extensions of time without a briefing cycle in order to effectively manage its docket. The court will afford an incarcerated *pro se* plaintiff every reasonable opportunity to properly oppose a dispositive motion. The fact that plaintiff may or may not have split time in the infirmary and administrative segregation and the reason for either is of no consequence to the court. The court declines to reopen briefing on this inconsequential issue.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk