UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TACUMA JAWANZA M'WANZA,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER GREEN, *et al.*,<br><br>Defendants. | CASE NO.: 3:15-CV-00301-RCJ-VPC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 57) entered on March 23, 2017, in which the Magistrate Judge recommends the Court grant Defendants Green and Pinkham's Motion for Summary Judgment (ECF Nos. 41, 42 (sealed)). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 57).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF Nos. 41 and 42) are GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 12th day of April, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE