# UNITED STATES DISTRICT COURT

\*\*\*\* DISTRICT OF   NEVADA

TACUMA JAWANZA M'WANZA,

     Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER:   **3:15-CV-00301-RCJ-VPCS**

CORRECTIONAL OFFICER GREEN, et al. ,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motions for Summary Judgment (ECF Nos. 41, 42) are **GRANTED**.


 April 12, 2017       **DEBRA K. KEMPI** 
                                                                                            Clerk

                                                                                   /s/  D. R. Morgan 
                                                                                       Deputy Clerk